IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02366-PSF-MEH

AZIM ZAKRIA, A 76-876-098,

    Plaintiff,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, District Director, United States Citizenship and Immigration Services,
   Denver, Colorado;
FEDERAL BUREAU OF INVESTIGATION;
ROBERT S. MUELLER, Director, Federal Bureau of Investigation; and
THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER FOR GOVERNMENT RESPONSE

    This matter is before the Court on Plaintiff Asim Zakria's Petition for Writ of Mandamus Compelling the Department of Homeland Security to Take Action on Petition for Naturalization (Dkt. # 1), filed November 27, 2006.  The government is DIRECTED to file a response to this petition <u>on or before December 22, 2006</u>.  The plaintiff shall reply to the government's response on or before December 29, 2006.

    IT IS FURTHER ORDERED that a status and scheduling conference is hereby set for **Tuesday, January 23, 2007 at 8:15 a.m.**

    DATED:  November 28, 2006

                                                 BY THE COURT:

                                                 *s/ Phillip S. Figa*
                                                 _____
                                                 Phillip S. Figa
                                                 United States District Judge