IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02366-PSF-MEH

AZIM ZAKRIA, A 76-876-098,

    Plaintiff,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, District Director, United States Citizenship and Immigration Services,
   Denver, Colorado;
FEDERAL BUREAU OF INVESTIGATION;
ROBERT S. MUELLER, Director, Federal Bureau of Investigation; and
THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER FOR PLAINTIFF'S COUNSEL TO NOTIFY GOVERNMENT DEFENDANTS

It has come to the attention of this Court that defendants may not yet have been served in this matter. The Court hereby ORDERS plaintiff's counsel to serve forthwith a copy of this Order and the Court's Order dated November 28, 2006 (Dkt. # 4) on the defendants, if that has not already been done.

    DATED: November 29, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge