IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02366-PSF-MEH

AZIM ZAKRIA, A 76-876-098,

    Plaintiff,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, District Director, United States Citizenship and Immigration Services,
   Denver, Colorado;
FEDERAL BUREAU OF INVESTIGATION;
ROBERT S. MUELLER, Director, Federal Bureau of Investigation; and
THE UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Pursuant to the parties' Motion to Dismiss by Stipulation (Dkt. # 14), the Court hereby

    ORDERED that the claims of Asim Zakria in the above-referenced action are DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorneys' fees.

    IT IS FURTHER ORDERED that the February 27, 2007 status conference is VACATED.

    DATED:  February 26, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge